UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13
JASON P. HAMILTON
CRENA A. HAMILTON  CASE NO. 11-84369

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** JPMorgan Chase Bank NA       **Court claim #:** 16

**Last four digits** of any number used to identify the debtor's account: 0960

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2419.40 |
| Amount Paid by Trustee | $2419.40 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan         ☒  Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/22/2017                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service
  I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of March, 2017.

Dated:  3/22/17                      /s/Cynthia K. Burnard

JPMORGAN CHASE BANK NATIONAL ASSOC
3415 VISION DRIVE
MAIL CODE OH-7119
COLUMUS, OH 43219

CHASE HOME FINANCE
PO BOX 9001871
LOUISVILLE, KY  40290-1871


JP MORGAN CHASE BANK NA
DEFAULT PAYMENT ROCESSING II
3415 VISION DRIVE MAIL CODE 0H4-7164
COLUMBUS, OH 43219

CODILIS & ASSOCIATES PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

JASON P. HAMILTON
CRENA A. HAMILTON
1516 S. CHICAGO, AVE.
FREEPORT, IL  61032

OSTLING & ASSOCIATES
ATTORNEY ROBERT P. FOLLMER
201 W. OLIVE
BLOOMINGTON, IL  61701